UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER 08-10021-RGS

STEPHEN J. GOODMAN

v.

DAVID E. BELFORT

<u>SPECIAL QUESTIONS TO THE JURY</u>

August 5, 2010

STEARNS, D J.

Q.1. In discharging his duties to his client Stephen Goodman, did David Belfort fail to exercise the care and skill of the average qualified attorney practicing in Massachusetts at the time the services were rendered?

A.1.  Yes _____

No  ✓_____

If your answer to Q.1 is "No," proceed to Q.3. If your answer to Q.1. is "Yes," please answer Q.2.

Q.2. Was the failure of David Belfort to exercise the appropriate level of care and skill a proximate (substantial) cause of injury to Stephen Goodman?

A.2.  Yes _____

No _____

If the answer to Q. 2. is "No," please answer Q.3. If the answer is "Yes," proceed to Q.5.

Q.3. Is Stephen Goodman liable to David Belfort and his law firm for unpaid legal

1

fees?

A.3. Yes ✓

No _____

If the answer is "Yes," please proceed to Q.4. If the answer is "No," please answer Q.5.

Q.4. What sum of money does the jury award David Belfort and his firm in unpaid legal bills?

A.4. __Thirty-four thousand, one hundred and ninety dollars and thirty-six cents.__
(Dollar Amount in Words)

$ __34,190.36__
(Figures)

Q.5. What amount of money do you find to be fair and reasonable compensation to Stephen Goodman for any damages caused by David Belfort?

A.5. _____
(Dollar Amount in Words)

_____
(Figures)

I certify that the foregoing answers are the unanimous verdict of the jury.

__Joan Truthoff__
Foreperson

Dated: 8-5-10.

2